**Order issued August 15, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00262-CV

———————————

**MELISSA MACHELLE CLARK AND STETSON BENNINGFIELD,**
**Appellants**

**V.**

**EOG RESOURSES INC., VAQUERO SERVICES, L.P., AND VAQUERO**
**EXPLORATION, L.L.C., Appellees**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2010-66372**

---

### MEMORANDUM ORDER OF DISMISSAL

Appellants, Melissa Machelle Clark and Stetson Benningfield, filed a notice

of appeal on March 12, 2012, appealing from the trial court's judgment as to

appellees EOG Resources Inc., Vaquero Services, L.P., and VAQUERO

EXPLORATION, L.L.C. On June 17, 2013, appellants filed a "Motion to Dismiss Appeal as to Appellees Vaquero Services, L.P. and Vaquero Exploration, L.L.C.," requesting dismissal of their appeal as it pertains to Vaquero Services, L.P. and Vaquero Exploration, L.L.C. No other party has filed a notice of appeal, and no opinion has issued. Further, although appellants failed to include a certificate of conference in their motion, more than 10 days have passed and no party has objected to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we GRANT the motion and ORDER that appellants' appeal from the trial court's judgment be dismissed as to appellees Vaquero Services, L.P. and Vaquero Exploration, L.L.C. *See* TEX. R. APP. P. 42.1(a)(1), 42.1(b). Appellants' appeal remains pending as to appellee EOG Resources Inc.

We dismiss appellees Vaquero Services, L.P. and Vaquero Exploration, L.L.C.'s second motion for extension of time to file their brief as moot.

It is so ORDERED.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.